

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IGNACIO E. MONTANES, | § | No. 08-14-00021-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Three |
| CACH, LLC, | § | of Dallas County, Texas |
| Appellee. | § | (TC# CC-12-06973-C) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JULY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.